IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00063-WYD-KMT

ERIK ALLSOPP, CHAD STRODE, BRENNAN BOSE, CHRIS GARROU, NOBUHIKO KISHI and JAY HATHAWAY-CLARK, on behalf of themselves and all similarly situated persons,

    Plaintiffs,

v.

AKIYAMA, INC., a Colorado corporation, ZHU X. "JUDY" HARRIS, and TODD D. HARRIS,

    Defendants.

---

### DEFENDANTS AKIYAMA, INC. AND ZHU X. "JUDY" HARRIS'S MOTION TO RESET SETTLEMENT CONFERENCE

---

Defendants Akiyama, Inc. and Zhu X. "Judy" Harris ("Defendants"), submit the following Motion to Reset Settlement Conference.

1.    During the Scheduling Conference held before Magistrate Judge Tafoya on April 13, 2009, a Settlement Conference was tentatively set for 10:30 a.m., on Thursday, April 16, 2009.

2.    At the time the Settlement Conference was set, counsel for Defendants informed the Court that he would have to confirm the date and time with Defendant Harris due to the fact that Defendant Harris owns and runs the Akiyama restaurant, and the proposed time may conflict with peak business hours.

3.    Shortly after the April 13 Scheduling Conference, counsel informed Defendant Harris of the proposed date and time for the Settlement Conference. Defendant Harris was

unable find someone to cover her scheduled shift.  Accordingly, she is unavailable to attend the conference without closing the restaurant.

4. Defendants respectfully request that the Court provide alternative dates and times further out in April or May, 2009, to allow Defendant Harris sufficient time to arrange for her personal attendance at the conference.

5. Pursuant to D.C.Colo.L.CivR7.1.A., counsel for Defendants has attempted to contact Plaintiffs' counsel, Brian D. Gonzales, about the instant request, but has not yet heard back.

6. The granting of this motion will not prejudice any of the parties' rights.

7. Pursuant to local rules, a copy of this motion is being served on Defendants.

WHEREFORE, Defendants Akiyama, Inc. and Zhu X. "Judy" Harris respectfully move the Court to grant their Motion to reset the Settlement Conference, and request alternative dates in April or May, 2009 to hold the Settlement Conference.

Dated: April 14, 2009.

HALE FRIESEN, LLP


*s/Stephen M. DeHoff*
Stephen M. DeHoff
1430 Wynkoop Street, Suite 300
Denver, CO  80202
Telephone: (720) 904-6000
Facsimile: (720) 904-6006
DEHOFFUSDC@HALEFRIESEN.COM

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2009, I electronically filed the foregoing **DEFENDANTS AKIYAMA, INC. AND ZHU X. "JUDY" HARRIS'S UNOPPOSED MOTION TO RESET SETTLEMENT CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Brian D. Gonzales
The Law Offices of Brian D. Gonzales, PLLC
123 North College Avenue, Suite 200
Fort Collins, CO  80524
LawBDG@yahoo.com

and I hereby certify that on April 14, 2009, I  mailed the foregoing **DEFENDANTS AKIYAMA, INC. AND ZHU X. "JUDY" HARRIS'S UNOPPOSED MOTION TO RESET SETTLEMENT CONFERENCE** to the following via U.S. Mail:

Akiyama Sushi Bar & Grill
6526 Gunpark Drive, Suite 330
Boulder, CO  80503

 Julie X. Harris
Akiyama Sushi Bar & Grill
6526 Gunpark Drive, Suite 330
Boulder, CO  80503

*s/Patricia Foos*
Patricia Foos
Hale Friesen, LLP
1430 Wynkoop Street, Suite 300
Denver, CO  80202
Telephone: (720) 904-6000
Facsimile: (720) 904-6006
Email: pfoos@halefriesen.com