IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09-cv-00063-WYD-KMT

ERIK ALLSOP,
CHAD STRODE,
BRENNAN BOSE,
CHRIS GARROU, NOBUHIKO KISHI, and
JAY HATHAWAY-CLARK, on behalf of themselves and all similarly situated persons,

      Plaintiffs,

v.

AKIYAMA, INC., a Colorado corporation,
XHHU X "JUDY" HARRIS and
TODD D. HARRIS,

      Defendants.

---

## AMENDED ORDER

---

      This matter is before the court on a "Motion to Withdraw Stephen M. DeHoff, Christine Kessler Lamb and the law firm of Hale Friesen, LLP as Counsel for Defendants [Doc. No. 28, filed May 13, 2009].

      Being otherwise fully advised, it is hereby ORDERED that the motion [Doc. No. 28] is **GRANTED**. Attorney Stephen M. DeHoff, Christine Kessler Lamb and the law firm of Hale Friesen, LLP is relieved of any further representation of Defendants in the above captioned matter. The Clerk of Court is instructed to remove Mr. DeHoff, Ms. Kessler Lamb and the law firm of Hale Friesen, LLP from the electronic certificate of mailing.

The Clerk of the Court is directed to mail to Defendants a copy of the Minute Entry for proceedings [Doc. No. 30, filed May 14, 2009] and the Scheduling Order [Doc. No. 31, filed May 14, 2009] to Xhu X. Judy Harris, c/o Akiyama sushi Bar and Grill, 6525 Gunpark Drive, Suite 330, Boulder, CO 80301.

Dated this 14th day of May, 2009

BY THE COURT

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge