IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00063-WYD-KMT

ERIK ALLSOPP;
CHAD STRODE;
BRENNAN BOSE;
CHRIS GARROU;
NOBUHIKO KISHI; and
JAY HATHAWAY-CLARK, on behalf of themselfes and all similarly situated persons,

Plaintiffs,

v.

AKIYAMA, INC., a Colorado corporation;
ZHU X. "JUDY" HARRIS; and
TODD D. HARRIS,

Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice filed October 22, 2010. After a careful review of the motion and file, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice (ECF No. 80) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to bear their own costs and attorney's fees. The status conference set for Wednesday, November 3, 2010, at 2:30 p.m. is **VACATED**.

Dated: October 25, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge